1  IRENE K. YESOWITCH  State Bar #111575
   IYesowitch@longlevit.com
2  DAVID P. BOROVSKY  State Bar #216588
   DBorovsky@longlevit.com
3  LONG & LEVIT LLP
   465 California Street, Suite 500
4  San Francisco, CA  94104
   TEL: (415) 397-2222  FAX: (415) 397-6392
5
   Attorneys for Defendants
6  AMCO INSURANCE COMPANY and ALLIED
   PROPERTY AND CASUALTY INSURANCE
7  COMPANY

8              IN UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

                                              C 07 3966

12  PREMIERE VENDANGE PARTNERS LLC      CASE No.
    dba REALM CELLARS,
13                                      NOTICE OF AND PETITION FOR
                                        REMOVAL OF ACTION UNDER 28
14              Plaintiff,              U.S.C. SECTION 1441(B)
                                        (DIVERSITY)
15     vs.
                                        CERTIFICATION OF INTERESTED
16  AMCO INSURANCE COMPANY; a           ENTITIES OR PERSONS
    corporation, ALLIED PROPERTY AND
17  CASUALTY INSURANCE COMPANY, also    DEMAND FOR JURY TRIAL
    known as ALLIED INSURANCE, a
18  corporation; and DOES 1-50 inclusive,

19              Defendants.

20  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

21          PLEASE TAKE NOTICE that defendants AMCO INSURANCE COMPANY

22  ("AMCO") and ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY

23  ("ALLIED")(collectively "defendants") jointly hereby remove to this Court the state court

24  action described below.

25          1.      Jurisdiction - This action is a civil action over which this court has original

26  jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by

27  defendants pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action between

28  / / /

LONG & LEVIT LLP
465 CALIFORNIA STREET
FIFTH FLOOR
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

                    1

NOTICE OF AND PETITION FOR REMOVAL.

1  citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive

2  of interest and costs.

3      2.  *Intradistrict Assignment*— Removal to the San Francisco Division of this Court

4  is appropriate because the original case which defendants seek to remove was filed in the

5  Superior Court of California, County of Napa.  Defendant is informed and believes that this

6  action "arose", within the meaning of Local Rule 3.2(c), in the County of Napa, making the San

7  Francisco Division a proper division for assignment of this case.

8      3.  On or about January 26, 2007, an action was commenced in the Superior Court of

9  the State of California in and for the County of Napa, entitled "PREMIERE VANDANGE

10  PARTNERS LLC dba REALM CELLARS", as Case No. 26-36474 (the "Complaint").  Service

11  of the Complaint and summons was effective on July 3, 2007, when counsel for defendants

12  signed a "Notice and Acknowledgement of Receipt-Civil".  True copies of plaintiff's summons,

13  complaint, and all materials received concurrently therewith, including the signed "Notice and

14  Acknowledgement of Receipt-Civil" are attached hereto as Exhibit "1".

15      4.  The core allegations of the Complaint arise from a dispute over the amount of

16  policy benefits due plaintiff under a commercial property insurance policy, number ACP-

17  7821413949, issued by AMCO to plaintiff which was in effect for the policy period from

18  October 7, 2005 to October 7, 2006, (the "AMCO Policy").  According to the Complaint, on or

19  about October 12, 2005, plaintiff's property (wine) suffered fire damage while stored in a wine

20  storage warehouse in Vallejo, California.  Plaintiff alleges that this loss was tendered to

21  defendants, who allegedly "wrongfully denied coverage for a portion of the claim on or about

22  February 21, 2006".  Plaintiff concedes that AMCO paid certain amounts due to plaintiff

23  because of the loss, but asserts that defendants failed to pay the full amount that it was obligated

24  to pay under the policy.  The complaint alleges damages "in an amount in excess of

25  $1,300,000".

26      5.  On or about January 26, 2007, plaintiff sued defendants for breach of contract

27  and declaratory relief.  On or about August 1, 2007, defendants filed an answer to the Complaint

28  in Napa County Superior Court.  A true copy of this answer is attached hereto as Exhibit "2".

LONG & LEVIT LLP
465 CALIFORNIA STREET
FIFTH FLOOR
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

NOTICE OF AND PETITION FOR REMOVAL

1    To defendants' knowledge, besides this answer, and plaintiff's Complaint, no additional papers

2    have been filed with the Superior Court in this matter, as defendants have been served with no

3    other papers.

4        6.    *Amount In Controversy*—The complaint specifically alleges that defendants are

5    obligated to pay plaintiff "an amount in excess of $1,300,000 under the subject insurance policy.

6    Moreover, in addition to damages for breach of contract, the complaint seeks to recover

7    attorney's fees.

8        7.    *Diversity*—defendants are informed and believes that plaintiff was, and still is, a

9    corporation duly incorporated in the State of California, with its principal place of business in

10   the county of Napa.  Defendants were at the time of the filing of this action, and still are, a

11   citizens of the state of Iowa, because they each is incorporated under the laws of the Iowa and

12   each has its principal place of business in Iowa.

13       8.    Written notice of the filing of this Petition will be given to plaintiff as required by

14   law.

15       9.    A true copy of this Petition will be filed with the Clerk of the Superior Court of

16   the State of California, County of Napa, as required by law.

17       WHEREFORE, defendants pray that this action be removed to this Court, and that this

18   Court accept jurisdiction of this action, and henceforth that this action be placed on the docket of

19   this Court for further proceedings, the same as though this action had originally been instituted in

20   this Court.

21   Dated: August 1, 2007                    LONG & LEVIT LLP

22

23                                    By  _____

24                                        IRENE K. YESOWITCH
                                         DAVID P. BOROVSKY
25                                       Attorneys for Defendants
                                         AMCO INSURANCE COMPANY and
26                                       ALLIED PROPERTY AND
                                         CASUALTY INSURANCE COMPANY

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
FIFTH FLOOR
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

3

NOTICE OF AND PETITION FOR REMOVAL

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Nationwide Insurance Company, Nationwide Mutual Insurance Company.

Dated:  August 1, 2007                                    LONG & LEVIT LLP

By _____
                                                         IRENE K. YESOWITCH
                                                         DAVID P. BOROVSKY
                                                         Attorneys for Defendants
                                                         AMCO INSURANCE COMPANY and
                                                         ALLIED PROPERTY AND CASUALTY
                                                         INSURANCE COMPANY

**DEMAND FOR JURY TRIAL**

Defendants demand a jury trial.

Dated:  August 1, 2007                                    LONG & LEVIT LLP

By _____
                                                         IRENE K. YESOWITCH
                                                         DAVID P. BOROVSKY
                                                         Attorneys for Defendants
                                                         AMCO INSURANCE COMPANY and
                                                         ALLIED PROPERTY AND CASUALTY
                                                         INSURANCE COMPANY

DOCS\S5240-267\536157.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
FIFTH FLOOR
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

4

NOTICE OF AND PETITION FOR REMOVAL

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action. My business address is Long & Levit LLP, 465 California Street, Suite 500, San Francisco, CA 94104.

On August 1, 2007, I served the documents named below on the following attorney(s) of record and/or interested parties in the case of *Premiere Vendange Partners LLC v. AMCO Insurance Company, et al.*, United States District Court, Northern District of California, San Francisco Division, Case No. _____.

> **CIVIL COVER SHEET**
>
> **NOTICE AND PETITION FOR REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(B) (DIVERSITY)**
>
> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
>
> **DEMAND FOR JURY TRIAL**

SERVED UPON:

Deborah S. Ballati, Esq.
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Tel: (415) 954-4400
Fax: (415) 954-4480
*Attorneys for Plaintiff:*
*Premiere Vendange Partners LLC dba Realm Cellars*

☒  (BY MAIL) I am readily familiar with Long & Levit LLP's practice for collection and processing of documents for mailing with the United States Postal Service. I caused such document(s) to be placed in a sealed envelope, addressed to the person(s) on whom it is to be delivered pursuant to the attached service list, with postage thereon fully prepaid, to be deposited with the United States mail at San Francisco, California, that same day in the ordinary course of business.

☒  (BY FACSIMILE) I caused the document(s) described herein to be transmitted from facsimile number (415) 397-6392 to the facsimile number(s) for each party indicated above.

☒  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 1, 2007, at San Francisco, California.

*Erika Calderon*
Erika Calderon

DOCS\S5240-267\537132.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1

# EXHIBIT 1

# SUMMONS
## *(CITACION JUDICIAL)*

**SUM-100**

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
AMCO INSURANCE COMPANY, a corporation, ALLIED
PROPERTY AND CASUALTY INSURANCE COMPANY, also known
as ALLIED INSURANCE, a corporation, and DOES 1
through 50

**ENDORSED**

JAN 2 6 2007

Clerk of the Napa Superior Court
By: ___J. OLIVER___
         Deputy

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
PREMIERE VENDANGE PARTNERS LLC dba REALM CELLARS

## DELAY REDUCTION CASE

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Napa County Superior Court
(Historic Courthouse)
825 Brown Street
Napa, CA 94559-3031

CASE NUMBER:
*(Número del Caso):* 2 6 - 3 6 4 7 4

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Deborah S. Ballati
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104

415-954-4480

DATE:                                    **J. OLIVER**                    Stephen A. Bouch
*(Fecha)*          JAN 2 6 2007         Clerk, by _____, Deputy
                                        *(Secretario)*                        *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* ALLIED PROPERTY AND CASUALTY INSURANCE CO.

   under: ☒ CCP 416.10 (corporation)            ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

[SEAL]  SEAL

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

SUMMONS


Legal
Solutions
Plus

Code of Civil Procedure §§ 412.20, 465

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Deborah S. Ballati<br>Deborah S. Ballati (State Bar #067424)<br>Farella Braun & Martel LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>TELEPHONE NO.: 415-954-4400  FAX NO.: 415-954-4480<br>ATTORNEY FOR *(Name):* PREMIERE VENDANGE PARTNERS LLC dba REALM CELLERS | **ENDORSED**<br><br>JAN 2 6 2007<br><br>Clerk of the Napa Superior Court<br>By: _____ J. OLIVER<br>Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Napa
STREET ADDRESS: (Historic Courthouse)
MAILING ADDRESS: 825 Brown Street
CITY AND ZIP CODE: Napa, CA 94559-3031
BRANCH NAME:

CASE NAME: PREMIERE VENDANGE PARTNERS LLC vs. AMCO
INSURANCE COMPANY ET AL.

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: |
|---|---|---|---|
| [X] Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | [ ] Limited<br>(Amount<br>demanded is<br>$25,000 or less) | [ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | 26 - 36474 |
| | | | JUDGE: |
| | | | DEPT: |

*Items 1–5 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation |
|---|---|---|
| [ ] Auto (22) | [ ] Breach of contract/warranty (06) | (Cal. Rules of Court, rules 3.400-3.403) |
| [ ] Uninsured motorist (46) | [ ] Collections (09) | [ ] Antitrust/Trade regulation (03) |
| **Other PI/PD/WD (Personal Injury/Property** | [X] Insurance coverage (18) | [ ] Construction defect (10) |
| **Damage/Wrongful Death) Tort** | [ ] Other contract (37) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | **Real Property** | [ ] Securities litigation (28) |
| [ ] Product liability (24) | [ ] Eminent domain/Inverse | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | condemnation (14) | [ ] Insurance coverage claims arising from the |
| [ ] Other PI/PD/WD (23) | [ ] Wrongful eviction (33) | above listed provisionally complex case |
| **Non-PI/PD/WD (Other) Tort** | [ ] Other real property (26) | types (41) |
| [ ] Business tort/unfair business practice (07) | **Unlawful Detainer** | **Enforcement of Judgment** |
| [ ] Civil rights (08) | [ ] Commercial (31) | [ ] Enforcement of judgment (20) |
| [ ] Defamation (13) | [ ] Residential (32) | **Miscellaneous Civil Complaint** |
| [ ] Fraud (16) | [ ] Drugs (38) | [ ] RICO (27) |
| [ ] Intellectual property (19) | **Judicial Review** | [ ] Other complaint *(not specified above)* (42) |
| [ ] Professional negligence (25) | [ ] Asset forfeiture (05) | **Miscellaneous Civil Petition** |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Petition re: arbitration award (11) | [ ] Partnership and corporate governance (21) |
| **Employment** | [ ] Writ of mandate (02) | [ ] Other petition *(not specified above)* (43) |
| [ ] Wrongful termination (36) | [ ] Other judicial review (39) | |
| [ ] Other employment (15) | | |

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties       d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel   e. [ ] Coordination with related actions pending in one or more courts
       issues that will be time-consuming to resolve                in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence           f. [ ] Substantial postjudgment judicial supervision

3. Type of remedies sought *(check all that apply):*
   a. [X] monetary   b. [X] nonmonetary; declaratory or injunctive relief   c. [ ] punitive

4. Number of causes of action *(specify):* 2

5. This case [ ] is [X] is not a class action suit.

6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 1/26/07

Deborah S. Ballati
(TYPE OR PRINT NAME)                                            *(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)*

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. January 1, 2007] | **CIVIL CASE COVER SHEET** | Legal<br>Solutions<br>Plus | Cal. Rules of Court, rules 3.220, 3.400-3.403;<br>Standards of Judicial Administration, § 19 |

ENDORSED

1    Deborah S. Ballati (State Bar No. 067424)
      Farella Braun & Martel LLP
2    235 Montgomery Street, 17th Floor
      San Francisco, CA 94104
3    Telephone: (415) 954-4400
      Facsimile: (415) 954-4480
4
      Attorneys for Plaintiff
5    PREMIERE VENDANGE PARTNERS LLC dba
      REALM CELLARS
6
7

JAN 2 6 2007

Clerk of the Napa Superior Court
By:    J. OLIVER
                Deputy

CASE MANAGEMENT CONFERENCE
DATE: ___7-5-07___
TIME: 8:30am
PLACE: Courtroom ___A___
___ Street, Napa CA 94559

8              IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                    IN AND FOR THE COUNTY OF NAPA

10                         (Unlimited Civil) DELAY REDUCTION CASE

11

12

13    PREMIERE VENDANGE PARTNERS          Case No.    26 - 36474
       LLC dba REALM CELLARS,
14                                          COMPLAINT FOR BREACH OF
                  Plaintiff,               CONTRACT AND DECLARATORY RELIEF
15
             vs.
16
      AMCO INSURANCE COMPANY, a
17    corporation, ALLIED PROPERTY AND
      CASUALTY INSURANCE COMPANY,
18    also known as ALLIED INSURANCE, a
      corporation, and DOES 1 through 50,
19
                  Defendants.
20

21         Plaintiff PREMIERE VENDANGE PARTNERS LLC dba REALM CELLARS

22    ("PREMIERE VENDANGE" or "Plaintiff") alleges as follows:

23                         GENERAL ALLEGATIONS

24         1.    PREMIERE VENDANGE is, and at all relevant times mentioned herein was, a

25    limited liability corporation organized and existing under the laws of the State of California and

26    qualified to do business within the State of California.

27         2.    PREMIERE VENDANGE is informed and believes, and on that basis alleges, that

28

16352\1157916.2

COMPLAINT

1   Defendant AMCO INSURANCE COMPANY ("AMCO" or "Defendant") is a corporation

2   incorporated under the laws of the State of Iowa and does business in the State of California.

3       3.    PREMIERE VENDANGE is informed and believes, and on that basis alleges, that

4   Defendant ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, also known as

5   ALLIED INSURANCE ("ALLIED" or "Defendant") is a corporation incorporated under the laws

6   of the State of Iowa and does business in the State of California.

7       4.    PREMIERE VENDANGE is ignorant of the true names and capacities of

8   Defendants sued herein as DOES 1 through 50 ("Defendants"), inclusive, and on that basis

9   alleges, that these Defendants are legally responsible in some manner for the acts, omissions, and

10  events alleged in the Complaint.  Accordingly, PREMIERE VENDANGE sues Defendants DOES

11  1 through 50, inclusive, by such fictitious names.  PREMIERE VENDANGE prays for leave to

12  amend this Complaint to properly name and charge each such Defendant when all necessary facts

13  have been ascertained.

14      5.    PREMIERE VENDANGE is informed and believes, and on that basis alleges, that

15  each of the Defendants sued herein is responsible in some manner for the occurrences herein

16  alleged and that PREMIERE VENDANGE's damages, as herein alleged, were proximately

17  caused by Defendants, and each of them.

18      6.    PREMIERE VENDANGE is informed and believes, and on that basis alleges, that

19  at all times herein mentioned each of the Defendants sued herein performed the acts and

20  omissions alleged in this Complaint as the agent and/or employee of each of the remaining

21  Defendants, and that while committing the acts and omissions alleged in this Complaint, each

22  Defendant was acting within the purpose and scope of such agency or employment.

23      7.    This court is the proper court because the above-named Defendants, and each of

24  them, entered into the contract at issue (set forth more fully in Paragraphs 9 and 10, below) with

25  PREMIERE VENDANGE in Napa County, California, and this contract was to be performed in

26  Napa and Solano Counties, California.

27  ///

28  ///

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

- 2 -                                16352\1157916.2

COMPLAINT

<u>FIRST CAUSE OF ACTION</u>

(Breach of Contract Against AMCO, ALLIED and DOES 1 – 50 (collectively "Defendants"))

8.    PREMIERE VENDANGE realleges and incorporates by reference the allegations of Paragraphs 1 through 7 as if fully set forth herein.

9.    Defendants issued a Commercial Property Insurance Policy, No. FPK ABPP 7821413040 (the "Policy") to PREMIERE VENDANGE.

10.    The Policy included Property Amendatory Endorsement number CP 71 00 01 04.

11.    On or about October 12, 2005, during the 10/7/2005 – 10/7/2006 Policy year, a fire occurred at the Vallejo wine storage warehouse.  PREMIERE VENDANGE suffered damage to wine stored at the warehouse, which is covered under the Policy.

12.    On or about October 13, 2005, PREMIERE VENDANGE duly tendered a claim under the Policy to Defendants for the damages that PREMIERE VENDANGE suffered as a result of the fire ("the Claim").

13.    Defendants, and each of them, wrongfully denied coverage for a portion of the Claim on or about February 21, 2006.

14.    PREMIERE VENDANGE has performed all obligations required of it under the Policy.

15.    Defendants, and each of them, have breached their obligations to PREMIERE VENDANGE by refusing to fully cover the Claim.

16.    As a direct and proximate result of Defendants' breach of contract, PREMIERE VENDANGE has been damaged in an amount in excess of $1,300.000.

WHEREFORE, PREMIERE VENDANGE requests relief as set forth below.


<u>SECOND CAUSE OF ACTION</u>

(Declaratory Relief As To AMCO, ALLIED and DOES 1 – 50 (collectively "Defendants"))

17.    PREMIERE VENDANGE realleges and incorporates by reference the allegations

Fenella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

16352\1157916.2

1    of Paragraphs 1 through 16 as if fully set forth herein.

2      18. An actual and justifiable controversy has arisen between PREMIERE

3    VENDANGE and Defendants, and each of them.  PREMIERE VENDANGE contends that

4    Defendants, and each of them, have a duty under the Policy to cover the Claim, as alleged above.

5    Defendants, and each of them, deny that they have such a duty to PREMIERE VENDANGE.

6    PREMIERE VENDANGE therefore seeks a judicial determination that the Policy covers the

7    Claim.  Such a judicial determination is necessary and appropriate so that PREMIERE

8    VENDANGE and Defendants, and each of them, may ascertain their rights and duties under the

9    Policy.

10     WHEREFORE, PREMIERE VENDANGE requests relief as set forth below.

11

12             <u>PRAYER</u>

13     WHEREFORE, PREMIERE VENDANGE prays for relief against Defendants, and each

14   of them, as follows:

15     1. For damages in an amount to be proven at trial;

16     2. For a declaration that Defendants, and each of them, are obligated under the Policy

17       to pay PREMIERE VENDANGE in full for the damages it has suffered as a result

18       of the warehouse fire;

19     3. For costs of suit incurred herein, including reasonable attorneys' fees; and

20     4. For such other and further relief as the Court deems just and proper.

21

22   DATED:  January 26, 2007     FARELLA BRAUN & MARTEL LLP

23

24               By: *Deborah S Ballati*

25                 Deborah S. Ballati

26               Attorneys for Plaintiff
              PREMIERE VENDANGE PARTNERS

27               LLC dba REALM CELLARS

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

- 4 -

COMPLAINT

16352\1157916.2

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

Deborah S. Ballati  (State Bar #067424)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor

San Francisco, CA 94104
TELEPHONE NO.: 415-954-4400    FAX NO. *(Optional):*  415-954-4480
E-MAIL ADDRESS *(Optional):*  dballati@fbm.com
ATTORNEY FOR *(Name):*  PREMIERE VENDANGE PARTNERS LLC dba REALM C

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Napa
STREET ADDRESS: (Historic Courthouse) 825 Brown Street
MAILING ADDRESS:
CITY AND ZIP CODE: Napa, CA 94559-3031
BRANCH NAME:

PLAINTIFF/PETITIONER: PREMIERE VENDANGE PARTNERS LLC dba REALM
CELLARS

DEFENDANT/RESPONDENT: AMCO INSURANCE COMPANY, a corporation,
ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER: 26-36474 |
|---|---|

TO *(insert name of party being served):* ALLIED PROPERTY AND CASUALTY INSURANCE CO.

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: June 12, 2007

Deborah S. Ballati
(TYPE OR PRINT NAME)

▶ *Deborah S. Ballati* /ko
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing):*
1. [x] A copy of the summons and of the complaint.
2. [x] Other: *(specify):* Civil Cover Sheet

*(To be completed by recipient):*
Date this form is signed: July 3, 2007

Irene Yesourth for Defendants
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

▶ *Irene Yesourth*
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL

Legal Solutions Plus

Code of Civil Procedure,
§§ 415.30, 417.10

# EXHIBIT 2

1   IRENE K. YESOWITCH  State Bar #111575
     DAVID P. BOROVSKY  State Bar #216588
2   LONG & LEVIT LLP
     465 California Street, Suite 500
3   San Francisco, CA  94104
     TEL: (415) 397-2222   FAX: (415) 397-6392
4
     Attorneys for Defendants
5   AMCO INSURANCE COMPANY and ALLIED
     PROPERTY AND CASUALTY INSURANCE
6   COMPANY

7

8          IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9               IN AND FOR THE COUNTY OF NAPA

10

11  PREMIERE VENDANGE PARTNERS LLC     CASE No. 26-36474
     dba REALM CELLARS,
12                      **DEFENDANTS' ANSWER TO**
                         **PLAINTIFF'S COMPLAINT FOR**
13            Plaintiff,     **BREACH OF CONTRACT AND**
        vs.                **DECLARATORY RELIEF**
14
15  AMCO INSURANCE COMPANY; a
     corporation, ALLIED PROPERTY AND
16  CASUALTY INSURANCE COMPANY, also
     known as ALLIED INSURANCE, a
17  corporation; and DOES 1-50 inclusive,

              Defendants.
18

19       Defendants AMCO INSURANCE COMPANY and ALLIED PROPERTY AND

20  CASUALTY INSURANCE COMPANY ("Defendants") answer the complaint of Plaintiff

21  PREMIERE VENDANGE PARTNERS LLC dba REALM CELLARS ("Plaintiff") as follows:

22                     **GENERAL DENIAL**

23       Pursuant to the provisions of California Code of Civil Procedure section 431.30(d),

24  Defendants deny each and every allegation of the complaint, generally and specifically, and in

25  particular, deny that Plaintiff was damaged in any sum, or at all.

26                  **AFFIRMATIVE DEFENSES**

27       As separate affirmative defenses to the Complaint, Defendants allege:

28  ///

LONG & LEVIT LLP
465 CALIFORNIA STREET
FIFTH FLOOR
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims against defendant ALLIED PROPERTY AND CASUALTY COMPANY are barred because this defendant issued no policy of insurance to plaintiff and therefore owed it no contractual obligations.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part by the terms, provisions and conditions of the insurance policy under which Plaintiff seeks relief.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred because defendants, and each of them, have paid all contractual benefits owed to plaintiff under the insurance policy under which Plaintiff seeks relief.

### FOURTH AFFIRMATIVE DEFENSE

The insurance policy under which Plaintiff seeks relief is void by reason of plaintiff's fraud and/or intentional concealment and/or misrepresentation of a material fact(s) in the presentation of the subject insurance claim.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred because defendants are entitled to rescission of the insurance policy under which Plaintiff seeks relief.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of unclean hands.

### PRAYER

WHEREFORE, Defendant requests that the court enter judgment in this action as follows:

1.    That plaintiff takes nothing by its complaint;

2.    For a judicial determination that defendants had no obligation under the express or implied terms of the relevant insurance policy to provide any additional insurance benefits beyond those paid to date;

3.    That judgment be rendered in favor of defendants;

///

LONG & LEVIT LLP
465 CALIFORNIA STREET
FIFTH FLOOR
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

1    4.    That plaintiff be ordered to repay all benefits paid by defendants to date under the

2    subject insurance policy by reason of plaintiff's conduct voiding the policy;

3    5.    That defendants be awarded costs of suit incurred herein, including reasonable

4    attorneys' fees; and

5    6.    For such other and further relief as the Court deems just and proper.

6    Dated: August 1, 2007                    LONG & LEVIT LLP

7

8    By

9    IRENE K. YESOWITCH
     DAVID P. BOROVSKY
     Attorneys for Defendants
10   AMCO INSURANCE COMPANY and
     ALLIED PROPERTY AND
11   CASUALTY INSURANCE COMPANY

12   DOCS\S5240-267\536154.V1

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
FIFTH FLOOR
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

3

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action. My business address is Long & Levit LLP, 465 California Street, Suite 500, San Francisco, CA 94104.

On August 1, 2007, I served the documents named below on the following attorney(s) of record and/or interested parties in the case of *Premiere Vendange Partners LLC dba Realm Cellars v. AMCO Insurance Company, et al.*, Superior Court of California, County of Napa, Case No. 26-36474.

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT FOR BREACH OF CONTRACT AND DECLARATORY RELIEF**

SERVED UPON:

Deborah S. Ballati, Esq.
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Tel: (415) 954-4400
Fax: (415) 954-4480
*Attorneys for Plaintiff:*
*Premiere Vendange Partners LLC dba Realm Cellars*

☒    (BY MAIL) I am readily familiar with Long & Levit LLP's practice for collection and processing of documents for mailing with the United States Postal Service. I caused such document(s) to be placed in a sealed envelope, addressed to the person(s) on whom it is to be delivered pursuant to the attached service list, with postage thereon fully prepaid, to be deposited with the United States mail at San Francisco, California, that same day in the ordinary course of business.

☒    (BY FACSIMILE) I caused the document(s) described herein to be transmitted from facsimile number (415) 397-6392 to the facsimile number(s) for each party indicated above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 1, 2007, at San Francisco, California.

_____
Erika Calderon

DOCS\S5240-267\537133.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1

PROOF OF SERVICE

# FAX COVERSHEET

## LONG & LEVIT LLP

ATTORNEYS AND COUNSELORS AT LAW

THIS TRANSMISSION IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

Date: August 1, 2007

Please deliver the following page(s) to:

| **ADDRESSEE** | **FAX NO.** | **PHONE** |
|---|---|---|
| Deborah S. Ballati, Esq.<br>Farella Braun & Martel LLP | (415) 954-4480 | (415) 954-4400 |

**SENT BY:** : **Irene K. Yesowitch**          **SENDER ID:** 178

**TOTAL PAGES:** : Twenty (20) Including coversheet

**CASE NAME:** : *Premiere Vendange v. AMCO Insurance Company, et al.*

**CASE NUMBER:** : S5240.267

**DOCUMENT SENT:** : Notice of and Petition for Removal of Action

**MESSAGE** :

Original will not follow



---

Operator's Name                                        Signature

The LONG & LEVIT LLP fax number is (415) 397-6392. If you do not receive all pages, please call the fax operator at (415) 397-2222, Ext. 4459 as soon as possible.

465 California Street . Suite 500 . San Francisco, CA 94104 . Tel: 415-397-2222 . Fax: 415-397-6392 . www.longlevit.com

```
                          ***********************
                          ***    TX REPORT    ***
                          ***********************


         TRANSMISSION OK

         TX/RX NO                4725
         RECIPIENT ADDRESS       9544480
         DESTINATION ID
         ST. TIME                08/01 14:13
         TIME USE                03'56
         PAGES SENT              20
         RESULT                  OK
```

465 California Street, Suite 500, San Francisco, CA 94104 . Tel: 415-397-2222 . Fax: 415-397-6392 . www.longlevit.com

The LONG & LEVIT LLP fax number is (415) 397-6392. If you do not receive all pages, please call the fax operator at (415) 397-2222, Ext. 4459 as soon as possible.

Operator's Name _____    Signature _____

Original will not follow

| | | |
|---|---|---|
| MESSAGE | : | |
| DOCUMENT SENT: | : | Notice of and Petition for Removal of Action |
| CASE NUMBER: | : | S5240.267 |
| CASE NAME: | : | *Premiere Vendange v. AMCO Insurance Company, et al.* |
| TOTAL PAGES: | : | Twenty (20) Including coversheet |
| SENT BY: | : | Irene K. Yesowitch    SENDER ID: 178 |

| ADDRESSEE | FAX NO. | PHONE |
|---|---|---|
| Deborah S. Ballati, Esq.<br>Farella Braun & Martel LLP | (415) 954-4480 | (415) 954-4400 |

Please deliver the following page(s) to:

Date: August 1, 2007

COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.