1  IRENE K. YESOWITCH  State Bar #111575
   IYesowitch@longlevit.com
2  DAVID P. BOROVSKY  State Bar #216588
   DBorovsky@longlevit.com
3  LONG & LEVIT LLP
   465 California Street, Suite 500
4  San Francisco, CA  94104
   TEL: (415) 397-2222   FAX: (415) 397-6392
5
   Attorneys for Defendants
6  AMCO INSURANCE COMPANY and ALLIED
   PROPERTY AND CASUALTY INSURANCE
7  COMPANY

8             IN UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

12 | PREMIERE VENDANGE PARTNERS LLC       | CASE No. C 07-03966 EMC
   | dba REALM CELLARS,                    |
13 |                                       | **PROOF OF SERVICE**
   |             Plaintiff,                |
14 |                                       |
   |    vs.                                |
15 |                                       |
   | AMCO INSURANCE COMPANY; a             |
16 | corporation, ALLIED PROPERTY AND      |
   | CASUALTY INSURANCE COMPANY, also      |
17 | known as ALLIED INSURANCE, a          |
   | corporation; and DOES 1-50 inclusive, |
18 |                                       |
   |             Defendants.               |
19

LONG & LEVIT LLP
465 CALIFORNIA STREET
FIFTH FLOOR
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1

PROOF OF SERVICE

Case No. C07-3966 EMC

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action. My business address is Long & Levit LLP, 465 California Street, Suite 500, San Francisco, CA 94104.

On August 7, 2007, I served the documents named below on the following attorney(s) of record and/or interested parties in the case of *Premiere Vendange Partners LLC v. AMCO Insurance Company, et al.*, United States District Court, Northern District of California, San Francisco Division, Case No. C 07-03966 EMC.

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA;

STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN;

STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT COURT OF CALIFORNIA;

U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT;

NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO – GUIDELINES;

CASE MANAGEMENT CONFERENCE ORDER;

NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

SERVED UPON:

Deborah S. Ballati, Esq.
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Tel: (415) 954-4400
Fax: (415) 954-4480
*Attorneys for Plaintiff:*
*Premiere Vendange Partners LLC dba Realm Cellars*

☒ (BY MAIL) I am readily familiar with Long & Levit LLP's practice for collection and processing of documents for mailing with the United States Postal Service. I caused such document(s) to be placed in a sealed envelope, addressed to the person(s) on whom it is to be delivered pursuant to the attached service list, with postage thereon fully prepaid, to be deposited with the United States mail at San Francisco, California, that same day in the ordinary course of business.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 7, 2007, at San Francisco, California.

*Erika Calderon*

DOCS\S5240-267\537132.V2

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1

PROOF OF SERVICE