IRENE K. YESOWITCH  State Bar #111575
IYesowitch@longlevit.com
DAVID P. BOROVSKY  State Bar #216588
DBorovsky@longlevit.com
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA  94104
TEL: (415) 397-2222   FAX: (415) 397-6392

Attorneys for Defendants
AMCO INSURANCE COMPANY and ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY

IN UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PREMIERE VENDANGE PARTNERS LLC dba REALM CELLARS,<br><br>Plaintiff,<br><br>vs.<br><br>AMCO INSURANCE COMPANY; a corporation, ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, also known as ALLIED INSURANCE, a corporation; and DOES 1-50 inclusive,<br><br>Defendants. | CASE No. C 07-03966 EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: September 20, 2007

LONG & LEVIT LLP

By _____
IRENE K. YESOWITCH
DAVID P. BOROVSKY
Attorneys for Defendants
AMCO INSURANCE COMPANY and
ALLIED PROPERTY AND
CASUALTY INSURANCE COMPANY

DOCS\S5240-267\539252.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
FIFTH FLOOR
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE

C07-3966 EMC