# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Premiere Vendange Partners LLC dba Realm Cellars

        Plaintiff(s),

v.

AMCO Insurance Company et al.

        Defendant(s).

_____/

CASE NO. C 07-03966 SBA EMC

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 11/7/07

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Irene Yesowitch & David Borovsky | Defendants | (415) 397-2222 | iyesowitch@longlevit.com, dborovsky@longlevit.com |
| Deborah Ballati | Plaintiff | (415) 954-4400 | DBallati@fbm.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 10/16/07

Dated: 10/17/07

Deborah S. Ballati
Attorney for Plaintiff

Attorney for Defendant

Rev 12.05