UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Premiere Vendange Partners LLC dba
Realm Cellars
          Plaintiff(s),

         v.

AMCO Insurance Company, et al.

          Defendant(s).
_____/

Case No. C 07-03966 SBA EMC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 11-17-07

                                              [Party]

Dated: 11/16/07

                                              [Counsel]