# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL CASE MANAGEMENT CONFERENCE MINUTES

**Date: 11/7/07**

C-07-03966 SBA             **JUDGE: SAUNDRA BROWN ARMSTRONG**

**Title:** PREMIERE VENDANGE PARTNERS LLC vs. AMCO INSURANCE COMPANY ET AL
**Atty.:** NO APPEARANCE     NO APPEARANCE

**Deputy Clerk:** Lisa R. Clark     **Court Reporter:** N/R
**PROCEEDINGS**
Plt  DFT
( ) ( ) **1. TELEPHONE CASE MANAGEMENT CONFERENCE - NOT HELD**
( ) ( ) 2.
( ) ( ) 3.
( ) ( ) 4.
( ) Motion(s)   ( ) Granted   ( ) Denied   ( ) Off Calendar
         ( ) Granted/Part   ( ) Denied/Part   ( ) Submitted
(X) Order to be prepared by  ( ) Plaintiff  ( ) Deft  (X) Court

### RESULT OF CASE MANAGEMENT CONFERENCE
**Case Continued to**_____ for a Telephone Case Management Conference at  p.m.
**Case Continued to** 12/19/07 @ 4:00 PM for OSC RE: DISMISSAL
**Case Continued to**_____ for_____ Motion Hearing
**Brief Sched. Motion papers by**_____ **Opposition by**_____ **Reply by**_____
**General Discovery Cut-off**_____ **Expert Discovery Cut-off**_____
**Plft to name Experts by**_____ **Deft to name Experts by**_____
**All Dispositive Motions to be heard by ( Motion Cut-off)**_____
**Case Continued to**_____ for Pretrial Conference at 1:00 p.m.
**Pretrial Papers Due**_____ Motions in limine/objections to evidence due_____ Responses to motions in limine and/or responses to objections to evidence due_____
**Case Continued to**_____ for Trial(Court/Jury:_____ Days) at 8:30 a.m.
( ) REFERRED TO MAGISTRATE_____ FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
 **Notes:** PARTIES FAILED TO FILE A JOINT CASE MANAGEMENT CONFERENCE STATEMENT; PLAINTIFF'S FAILED TO INITIATE THE CONFERENCE CALL; CASE SET FOR A ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE
cc: JON IVES