**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

PREMIERE VENDANGE PARTNERS LLC,

    Plaintiff,

v.

AMCO INS. CO., *et al.*,

    Defendants.

No. C 07-3966 SBA

**ORDER TO SHOW CAUSE**

    Plaintiff in the above-captioned case failed to initiate and participate in the Case Management Conference, scheduled for November 7, 2007, at 3:15 P.M.

    Accordingly, it is ORDERED that:

(1) Plaintiff and/or Plaintiff's counsel of record shall appear in Courtroom 3 of the United States Courthouse, 1301 Clay Street, Oakland, California, on **December 20, 2007, at 4:00 P.M.**, to show cause why the above-captioned case should not be dismissed without prejudice for failure to prosecute.

(2) At least ten days prior to the above hearing, Plaintiff or Plaintiff's counsel of record must file a Certificate of Counsel with the Clerk of the Court, to explain why the case should or should not be dismissed for failure to prosecute. The Certificate shall set forth the nature of the cause, its present status, the reason it has not been brought to trial or otherwise terminated, any basis for opposition to dismissal by any party, and its expected course if not dismissed.

(3) Please take notice that this Order requires <u>both</u> the specified court appearance <u>and</u> the filing of the Certificate of Counsel. Failure to fully comply with this order will be deemed sufficient grounds to dismiss the action.

IT IS SO ORDERED.

November 9, 2007

*Saundra B Armstrong*
Saundra Brown Armstrong
United States District Judge