Deborah S. Ballati, SBN 067424
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
PREMIERE VENDANGE PARTNERS LLC dba
REALM CELLARS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREMIERE VENDANGE PARTNERS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>AMCO INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. CV 07-3966 SBA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

WHEREAS on November 8, 2007, Plaintiff PREMIERE VENDANGE PARTNERS, LLC dba REALM CELLARS ("PREMIERE") and Defendants AMCO INSURANCE COMPANY and ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, executed a Confidential Settlement Agreement and Mutual General Release (the "Agreement") finally resolving all disputes in the above-captioned action;

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective counsel, as follows:

    i)    Pursuant to Fed. R. Civ. P. 41, this action is DISMISSED WITH PREJUDICE in its entirety.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION OF DISMISSAL WITH PREJUDICE AND
[PROPOSED] ORDER
Case No. CV 07-3966 SBA

16352\1385995.1

1  ii) Each party shall bear its own costs and attorneys' fees incurred herein.

2  SO STIPULATED.

4  Dated: November 15, 2007        FARELLA BRAUN & MARTEL LLP

6  By: /s/ Deborah S Ballati
       Deborah S. Ballati

   Attorneys for Plaintiff
   PREMIERE VENDANGE PARTNERS LLC
   dba REALM CELLARS

10 Dated: November 16, 2007        LONG & LEVIT LLP

12 By: /s/ Irene Yesowitch
       Irene Yesowitch

   Attorneys for Defendants
   AMCO INSURANCE COMPANY and ALLIED
   PROPERTY AND CASUALTY INSURANCE
   COMPANY

### ORDER

Based on the Confidential Settlement Agreement and Mutual General Release, the Stipulation of Dismissal with Prejudice, and for good cause:

IT IS HEREBY ORDERED that:

The above-captioned action is dismissed in its entirety WITH PREJUDICE.

Dated:_____       _____
                                    Hon. Saundra Brown Armstrong
                                    United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION OF DISMISSAL WITH PREJUDICE AND
[PROPOSED] ORDER
Case No. CV 07-3966 SBA

- 2 -

16352\1385995.1